(Reap. Dec. 9478)

STERLING MERCHANDISE CO. *v.* UNITED STATES

Entry No. 918804.

(Decided June 23, 1959)

*Siegel, Mandell & Davidson* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the above-entitled appeal for reappraisement upon a stipulation on the basis of which I find export value, as defined in section 402(d), Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise involved, and that such value was the invoiced unit value, plus the item invoiced as "Export charge" of $38.20, packed.

Judgment will issue accordingly.